

# HPM&B
### ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY 10016-1601
TEL: (212) 286-8585   FAX: (212) 490-8966
WWW.HPMB.COM

**Gabrielle Apfel**
**Associate**
**gapfel@hpmb.com**

May 4, 2021

**VIA ECF**
Hon. Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., 17A
New York, NY 10007-1312

Re:   Gomez-Kadawid v. Dr. Lee, et al.
      Docket No.:  20-cv-01786

Dear Judge Freeman:

> The conference will remain on the calendar for 6/2/2021, and the issues raised by counsel will be addressed at that time. The Clerk of Court is directed to mail a copy of this Order to Plaintiff, at the address shown on the Docket.
>
> SO ORDERED
>
> *DEBRA FREEMAN*
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated:  5/17/2021

Our law firm represents defendants Dr. Lena Alsabban and Dr. Sarah Leavitt, s/h/a "Dr. Leantt" in the above-referenced matter.

We respectfully write to request an adjournment of the telephonic Initial Pretrial Conference which is currently scheduled for June 2, 2021 at 11:00 a.m. We request an adjournment of this conference because defendant Jessica Lee, M.D. has not yet been served, and we anticipate we may be asked to represent Dr. Lee if and when she is served. Additionally, defendants' motion to dismiss (ECF 29-32) remains pending before the Court, and we request that discovery be stayed until the Court issues a decision on defendants' motion.

This is defendants' first request for an adjournment of the Initial Pretrial Conference. We have not obtained *pro se* plaintiff's consent due to his current incarceration.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*Gabrielle Apfel*
Gabrielle Apfel

GA/ep

2394079.1

Hon. Debra Freeman
Re:  Gomez-Kadawid v. Lee, et al.
May 4, 2021
Page - 2 –



To:     **VIA CERTIFIED MAIL**
        **Article No.: 7020 0090 0001 1829 8647**
        Yahkima Gomez-Kadawid
        DIN No. 19A1623
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY  10562

2350443.1