UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YAHKIMA GOMEZ-KADAWID,

                    Plaintiff,                  20-CV-01786 (VEC) (VF)

      -against-                         **ORDER**

DR. LEE, et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the May 17, 2022, Case Management Conference, the parties were directed to meet and confer and submit a Rule 26 case management plan to the Court. Having not received the parties' proposed plan, the parties are now directed to file a proposed Rule 26 case management plan by **July 27, 2022, at 5:00pm**.

        SO ORDERED.

DATED:       New York, New York
                 July 21, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge