**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YAHKIMA GOMEZ-KADAWID,

                           Plaintiff,           **20-CV-01786 (VEC) (VF)**

          -against-                                **ORDER**

DR. LEE, et al,

                          Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court acknowledges receipt of the Rule 26 case management plan (see ECF No. 78).

The Parties are directed to file a joint update on the status of discovery by **September 30, 2022, at 5:00pm**.

       **SO ORDERED.**

DATED:    New York, New York
                August 2, 2022

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge