**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YAHKIMA GOMEZ-KADAWID,

                       Plaintiff,              **20-CV-01786 (VEC) (VF)**

       -against-                                 **ORDER**

DR. LEE, et al,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 5, 2022, the Court received returned mail of the July 21, 2022 Order (ECF No. 73) directing the parties to submit a case management plan. The Court's order was not deliverable as addressed and it was unable to be forwarded. Defense counsel is directed to inform Plaintiff that the next status update is due on September 30, 2022 and inform Plaintiff to update his contact information with the Court.

      **SO ORDERED.**

DATED:    New York, New York
               August 11, 2022

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge