

Eldar Mayouhas
77 Water Street, Suite 2100
New York, New York 10005
Eldar.Mayouhas@lewisbrisbois.com
Direct: 646.783.0933

October 4, 2022

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., 17A
New York, NY 10007-1312

> **Application Granted**
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: 10-6-2022
>
> A telephonic discovery conference in this case is rescheduled for Tuesday, November 15, 2022 at 11:00 a.m. Parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code [9781335]. Defendants are directed to inform Plaintiff of the discovery conference and that he should update the Court with his current mailing address.

    **Re:**    *Gomez-Kadawid v. Dr. Lee, et al.*
            Docket No.    :    20-cv-01786
            File No.       :    TBD

Dear Judge Figueredo:

    We have just been assigned to represent the defendants Dr. Lena Alsabban, Dr. Sarah Leavitt and Dr. Jessica Lee in the above-referenced matter, and take notice that a telephonic discovery conference is currently scheduled for October 11, 2022.

    We respectfully request that the conference be adjourned to November 14, 2022 since we have yet to receive the file of this matter from outgoing counsel and because the undersigned will be out of state for the coming two weeks in celebration of the pending Jewish Holidays.

    Thank you for your consideration.

                                  Respectfully,

                                  Eldar Mayouhas of
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

Cc:    **VIA REGULAR AND CERTIFIED MAIL - RRR**
        Mr. Yahkima Gomez-Kadawid
        c/o Jaime Hunter
        416 Bolton Avenue
        Bronx, New York 10473

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY •
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4883-5834-4500.1