**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YAHKIMA GOMEZ-KADAWID,

                               Plaintiff,                   **20-CV-01786 (VEC) (VF)**

                    -against-                              **ORDER**

DR. LEE, et al,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 12, 2022, Defendants filed a motion to dismiss Plaintiff's state law claims. See ECF Nos. 90-92. The Court directs Plaintiff to respond to the motion by **Thursday, December 15, 2022**. Defendants shall file a reply, if any, by **Wednesday, January 4, 2023.**

The Court held a discovery conference on November 15, 2022. Plaintiff failed to appear. At the conference, defense counsel informed the Court that Plaintiff has not responded to discovery requests. <u>The Court warns Plaintiff that failing to prosecute his case, including by his failure to appear for scheduled proceedings, respond to Defendants' discovery requests, or to update his contact information with the Court upon any change of his residence or phone number, may result in this Court recommending to the Honorable Valerie E. Caproni, to whom the case is assigned, that Plaintiff's case be dismissed for failure to prosecute.</u>

Parties are directed to appear at a discovery conference on **Monday, December 12, 2022 at 10:30 a.m.** Parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335]**.

Defense counsel is directed to send a copy of this Order to Plaintiff via email.

**SO ORDERED.**

DATED:   New York, New York
         November 15, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge