**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YAHKIMA GOMEZ-KADAWID,

                           Plaintiff,            **20-CV-01786 (VEC) (VF)**

           -against-                       **ORDER**

DR. LEE, et al,

                           Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference in this matter on December 12, 2022. *Pro bono* counsel has filed a notice of limited appearance in this case. See ECF No. 96. As discussed at the conference, Plaintiff has until January 17, 2023 to file an opposition to the pending motion to dismiss at ECF Nos. 90-92. Defendants have until February 8, 2023 to file any reply.

Additionally, the parties have until December 19, 2022, to file an updated case management plan.

        **SO ORDERED.**

DATED:     New York, New York
                December 12, 2022

                                                          _____
                                                           VALERIE FIGUEREDO
                                                          United States Magistrate Judge