UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHKIMA GOMEZ-KADAWID,

                  Plaintiff,

v

DR. JESSICA LEE, DR. SARAH (aka LENA) ALSABBAN, and DR. SARAH LEAVITT,

                  Defendants.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Case No. 20-CV-01786 (VEC) (VF)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendants Dr. Jessica Lee, Dr. Sarah (aka Lena) Alsabban, and Dr. Sarah Leavitt pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). All parties shall bear their own costs and attorney fees.

_____
Susan J. Weiswasser
328 W 89th St #2
New York NY 10024
646-319-2071
sjw.esquire@gmail.com
*Pro Se Counsel for*
 *Plaintiff Yahkima Gomez-Kadawid*

Dated: 11/10/23

_____
Eldar Mayouhas
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street
New York NY 10005
646-783-0933
eldar.mayouhas@lewisbrisbois.com
*Counsel for Defendants Dr. Jessica Lee,*
 *Dr. Lena Alsabban, and Dr. Sarah Leavitt*

Dated: November 9, 2023